UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM McKENZIE,<br><br>            Plaintiff,<br><br>    v.<br><br>PACIFIC BELL TELEPHONE COMPANY, et al.,<br><br>            Defendants. | No.  2:15-cv-2325 TLN CKD<br><br><br>ORDER |

Plaintiff's motion to proceed in forma pauperis was referred to the undersigned by minute order dated November 10, 2015.  Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff states she is currently employed but does not state the amount of her take-home salary or wages and pay period and does not provide the name and address of her last employer.  Plaintiff also does not state the value of her car and does not indicate the amount plaintiff contributes to the support of her family.  Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: November 12, 2015

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mckenz2325.inc