Lisa C. Hamasaki (SBN 197628)
 *lch@millerlawgroup.com*
Jocelyn M. Chan (SBN 267937)
 *jChan@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, California 94104
Tel: (415) 464-4300
Fax (415) 464-7336


Attorneys for Defendants
PACIFIC BELL TELEPHONE COMPANY
and AT&T SERVICES, INC.

**MILLER LAW GROUP**
A PROFESSIONAL CORPORATION
CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM McKENZIE,<br><br>                      Plaintiff/Petitioner,<br><br>      vs.<br><br>AT&T SERVICES, INC., A CALIFORNIA CORPORATION, PACIFIC BELL TELEPHONE COMPANY; and DOES 1 THOUGH 50, INCLUSIVE,<br><br>             Defendants/Respondents. | Case No.: 2:15-CV-02325-TLN-CKD<br><br>**DECLARATION OF PAULA M. PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS [FRCP 12(b)(1)]; ALTERNATIVE MOTION FOR STAY**<br><br>Date:        May 5, 2016<br>Time:       2:00 p.m.<br>Courtroom:  2<br><br>Complaint filed:  December 17, 2015 |

**DECLARATION OF PAULA M. PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**Case No.: 2:15-CV-02325-TLN-CKD**

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

I, Paula M. Phillips, declare as follows:

1.    I am the Legal Administrator for AT&T Services, Inc.  I have held this position since 2006.  Prior to that time I served as the Legal Administrator for another AT&T-related entity.  In all, I have been employed by AT&T Services, Inc. and other AT&T-related entities since 1984.  AT&T Services, Inc. provides various support services, to a number of AT&T-related entities, including Pacific Bell Telephone Company ("Pacific Bell"), a defendant in this action.

2.    All of the statements in this Declaration, unless otherwise indicated, are based upon my personal knowledge and review of corporate and business records, to which I have access as part of my job.  I can attest that the corporate and business records that I reviewed in order to make the following statements were made in the regular course of business, are and were updated regularly and are prepared in a manner such as to indicate their trustworthiness.  If called as a witness to testify, I could and would competently testify thereto.

3.    Pacific Bell Telephone Company (at times known as The Pacific Telephone and Telegraph Company and Pacific Bell) was – and currently is – incorporated in the state of California.  As such, it is an active California corporation.   Pacific Bell's principal place of business is in San Francisco, California and has been for a significant time (pre-dating November 2015).

/ / /

/ / /

/ / /

/ / /

/ / /

1

**DECLARATION OF PAULA M. PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**Case No.: 2:15-CV-02325-TLN-CKD**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 29th day of February, 2016 in Bedminster, New Jersey.

_____
Paula M. Phillips

DECLARATION OF PAULA M. PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
Case No.: 2:15-CV-02325-TLN-CKD